UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCHQUEILLA LEFORT,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF SAN LEANDRO, et al.,<br><br>    Defendants. | Case No. 4:24-cv-00661-KAW<br><br>ORDER TO SHOW CAUSE FOR FAILURE TO APPEAR AT THE CASE MANAGEMENT CONFERENCE<br><br>Re: Dkt. No. 45 |

On June 3, 2025, the Court held a case management conference, where Plaintiff Schqueilla Lefort did not appear. Having consented to former counsel's withdrawal, Ms. Lefort now represents herself and she is required to make all court appearances on her own behalf.

It was recently brought to the Court's attention that criminal charges were filed against Plaintiff in connection with the same incident that gave rise to this lawsuit. (Joint Case Management Statement, Dkt. No. 41 at 5.[1]) In that proceeding, Plaintiff failed to appear at her arraignment and a bench warrant was issued for her arrest. *Id.* According to Alameda County Superior Court's public access calendar, she had an "Attorney and Plea Hearing" scheduled for June 3, 2025 at 8:30 a.m. The status of her bench warrant is unknown, but, according to the Criminal Case Portal, the criminal case against her remains pending, and she has been charged with two misdemeanors: reckless driving in violation of Vehicle Code § 23103(a) and resisting/obstructing a peace officer in violation of Penal Code § 148(a)(1).

Accordingly, Plaintiff is ORDERED TO SHOW CAUSE, in writing, by no later than **June**

---

[1] This case management statement was filed jointly on May 23, 2025, prior to the Court's granting the withdrawal of Plaintiff's former counsel, so the Court will assume the accuracy of the representations regarding Plaintiff's criminal case.

Case 4:24-cv-00661-KAW     Document 46     Filed 06/05/25     Page 2 of 2

1  **27, 2025**, why this case should not be dismissed for failure to prosecute due to her failure to

2  appear at the case management conference.

3      IT IS SO ORDERED.

4  Dated: June 5, 2025

5  _____
   KANDIS A. WESTMORE
6  United States Magistrate Judge

United States District Court
Northern District of California