UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCHQUEILLA LEFORT,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF SAN LEANDRO, et al.,<br><br>    Defendants. | Case No. 4:24-cv-00661-KAW<br><br>**SECOND ORDER TO SHOW CAUSE**<br><br>Re: Dkt. No. 46 |

On June 3, 2025, the Court held a case management conference, where Plaintiff Schqueilla Lefort did not appear. (Dkt. No. 45.)  On June 5, 2025, the Court issued an order to show cause to Plaintiff to explain, by no later than June 27, 2025, "why this case should not be dismissed for failure to prosecute due to her failure to appear at the case management conference." (Dkt. No. 46 at 1-2.)  To date, Plaintiff has not filed a response to the order to show cause nor have there been any other filings in this case.

Accordingly, the Court issues a SECOND ORDER TO SHOW CAUSE to Plaintiff.  By **July 31, 2025,** Plaintiff is ordered to respond to this order to show cause by explaining 1) why she failed to appear at the June 3, 2025 case management conference, and 2) why she did not respond to the June 5, 2025 order to show cause.  <u>Plaintiff is advised that the failure to both timely and fully respond to this second order to show cause will result in this case being dismissed for failure to prosecute.</u>

IT IS SO ORDERED.

Dated: July 3, 2025

_____
KANDIS A. WESTMORE
United States Magistrate Judge