UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SCHQUEILLA LEFORT,
Plaintiff,
v.
CITY OF SAN LEANDRO, et al.,
Defendants.

Case No. 4:24-cv-00661-KAW

THIRD ORDER TO SHOW CAUSE

Re: Dkt. No. 68

On September 8, 2026, Defendants filed a motion for summary judgment. Pursuant to Civil Local Rule 7-3(a), Plaintiff's opposition was due 14 days after the motion was filed, which was September 22, 2026.

To date, Plaintiff has not filed an opposition or statement of non-opposition. Pursuant to the undersigned's standing order, "[t]he failure of the opposing party to file a memorandum of points and authorities in opposition to any motion shall constitute consent to the granting of the motion." (Judge Westmore's General Standing Order ¶ 23.)

Accordingly, Plaintiff is ordered, on or before **October 13, 2026**, 1) to file an opposition or statement of non-opposition to the pending motion, and 2) to file a response to this order to show cause explaining why the opposition was not timely filed. **Plaintiff is advised that the failure to timely respond to this order to show cause and file an opposition will result in the motion for summary judgment being granted as unopposed, the case being closed, and judgment being entered in favor of Defendants and against Plaintiff.**

Should an opposition be filed, Defendants may file a reply on or before October 28, 2026.

//

//

United States District Court
Northern District of California

Finally, the hearing on the motion for summary judgment is continued to December 3, 2026 at 1:30 p.m. at U.S. District Court, 1301 Clay Street, Oakland, CA 94612.

IT IS SO ORDERED.

Dated: September 28, 2026

KANDIS A. WESTMORE
United States Magistrate Judge

United States District Court
Northern District of California