UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SCHQUEILLA LEFORT,

Plaintiff,

v.

CITY OF SAN LEANDRO, et al.,

Defendants.

Case No. 4:24-cv-00661-KAW

**ORDER GRANTING MOTION FOR SUMMARY JUDGMENT AS UNOPPOSED**

Re: Dkt. No. 68

On September 8, 2026, Defendants City of San Leandro, Caleb Schwitters, Nickolas Degrano, and Daryl Pasut filed a motion for summary judgment. (Dkt. No. 68.) Pursuant to Civil Local Rule 7-3(a), Plaintiff's opposition was due 14 days after the motion was filed, which was September 22, 2026.

Plaintiff did not file a response. On September 28, 2026, the Court issued an order to show cause to Plaintiff and ordered her to respond by October 13, 2026. (3d Order to Show Cause, "3d OSC," Dkt. No. 70 at 1.) The Court also ordered Plaintiff to file an opposition or statement of non-opposition to the pending motion for summary judgment by that same date. *Id.* Plaintiff was "**advised that the failure to timely respond to this order to show cause and file an opposition will result in the motion for summary judgment being granted as unopposed, the case being closed, and judgment being entered in favor of Defendants and against Plaintiff.**" *Id.* at 1 (emphasis in original). The Court extended the Defendants' reply deadline to October 28, 2026. *Id.*

To date, Plaintiff has neither responded to the order to show cause nor has she filed an opposition to the pending motion for summary judgment, and the reply deadline has passed. (*See* 3d OSC at 1.)

United States District Court
Northern District of California

United States District Court
Northern District of California

Accordingly, as previously advised, Defendants' motion for summary judgment is GRANTED as unopposed. The Court will enter judgment separately in Defendants' favor, and the Clerk shall close the case.

IT IS SO ORDERED.

Dated: November 5, 2026

KANDIS A. WESTMORE
United States Magistrate Judge