UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCHQUEILLA LEFORT,<br>Plaintiff,<br>v.<br>CITY OF SAN LEANDRO, et al.,<br>Defendants. | Case No.4:24-cv-00661-KAW<br>**JUDGMENT**<br>Re: Dkt. No. 73 |

On November 5, 2026, the Court granted Defendants' motion for summary judgment as unopposed. Pursuant to Federal Rule of Civil Procedure 58, the Court hereby ENTERS judgment in favor of Defendants and against Plaintiff. The Clerk of Court shall close the file in this matter.

IT IS SO ORDERED.

Dated: November 5, 2026

KANDIS A. WESTMORE
United States Magistrate Judge